JOHN C. CASSIDY, as Trustee for CASSIDY & SON MANUFACTURING COMPANY, et al., Respondents, *v.* CHARLES SAUER et al., Defendants, and WALTER A. PARCE et al., Appellants.

*Cassidy* v. *Sauer,* 114 App. Div. 673, affirmed.

(Argued January 9, 1907; decided January 29, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1906, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to rescind a contract for the sale of land.

The following questions were certified:

" *First.* Is there a defect of parties plaintiff?

" *Second.* Is there a misjoinder of parties plaintiff ?

" *Third.* Does the complaint in this action state a cause of action in these plaintiffs ? "

*Merton E. Lewis, Walter S. Hubbell* and *Clarence E. Shuster* for appellants.

*P. M. French, Charles A. Boston* and *William M. Chadbourne* for respondents.

Order affirmed, with costs; first and second questions certified answered in the negative; third question in the affirmative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.